# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT and AUGUST MOSES, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:15-cv-0766<br>)<br>) Judge Campbell |
| v. | ) Magistrate Judge Holmes<br>) |
| HIGH-TECH INSTITUTE, INC., d/b/a ANTHEM EDUCATION and ANTHEM CAREER COLLEGE, | ) Jury Demand<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING

In accordance with the Court's instructions at the case management conference held on November 9, 2015, Plaintiffs Christopher Scott and August Moses respectfully file the attached items related to their efforts to proceed against Defendant in this action:

1. Order granting motion to approve stipulation between Christopher Scott and August Moses and the Trustee granting relief from automatic stay and plan injunction entered in Case No. 14-11987-CSS in the United States Bankruptcy Court for the District of Delaware (ECF Doc. No. 594);

2. Exhibit 1 to the above-referenced Order, which is the Stipulation between the Liquidating Trustee and Christopher Scott and August Moses to lift the automatic stay and plan injunction in Case No. 14-11987-CSS (ECF Doc. No. 594-1); and

3. Motion to approve stipulation between Christopher Scott and August Moses and the Liquidating Trustee granting relief from automatic stay and plan injunction in Case No. 14-11987-CSS (ECF Doc. No. 585).

Plaintiffs also issued subpoenas on November 6, 2015, to Defendant at its principal place of business, 1000 Corporate Drive, Suite 500, Ft. Lauderdale, Florida 33334-3626, and to AIG Financial Lines, c/o David E. Simon, 500 W. Madison Street, Chicago, IL 60661 requesting that Defendant's employment practices liability and/or other applicable insurance policies be produced by November 20, 2015. Plaintiffs will file proof of their service of these subpoenas by Certified U.S. Mail once service has been effected.

        Respectfully submitted,

        s/Douglas B. Janney III
        Douglas B. Janney III (BPR No. 19112)
        Law Office of Douglas B. Janney III
        2002 Richard Jones Road, Suite B-200
        Nashville, Tennessee 37215
        (615) 742-5900
        doug@janneylaw.com

        Attorney for Plaintiffs