IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 14-11987 |
| FCC HOLDINGS, INC., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Docket No. 585** |

### ORDER GRANTING MOTION TO APPROVE STIPULATION BETWEEN CHRISTOPHER SCOTT AND AUGUST MOSES AND THE TRUSTEE GRANTING RELIEF FROM AUTOMATIC STAY AND PLAN INJUNCTION

Upon consideration of the Motion to Approve Stipulation Between Christopher Scott and August Moses and the Trustee Granting Relief from the Automatic Stay (the "**Motion**"); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the Motion; it is hereby:

ORDERED that the Stipulation (a copy of which is attached hereto as Exhibit 1) is approved; and it is further

ORDERED that Scott and Moses[1] are granted relief from the automatic stay pursuant to 11 U.S.C § 362 and the injunction provided for in Section 11.05 of the Plan to seek to liquidate their claims for recovery solely against any applicable insurance policy of the Debtors; and it is further

ORDERED that if Scott and Moses obtain a recovery or judgment against the Debtors in the Tennessee Action, Scott and Moses will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Debtors, the Debtors' estates, or property of the Debtors; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation and this Order.

Dated: Wilmington, Delaware
       9/8    , 2015

*[signature]*
Honorable Christopher S. Sontchi
United States Bankruptcy Judge