## File a Motion:

14-11987-CSS FCC Holdings, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Assets: y | Judge: CSS | Case Flag: MEGA, CLMSAGNT, CONFIRMED, LEAD |

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Thomas Joseph Francella entered on 8/11/2015 at 4:57 PM EDT and filed on 8/11/2015
**Case Name:** FCC Holdings, Inc.
**Case Number:** 14-11987-CSS
**Document Number:** 585

**Docket Text:**
Motion to Approve Stipulation *Between Christopher Scott and August Moses and the Liquidating Trustee Granting Relief from Automatic Stay and Plan Injunction* Filed by August Moses, Christopher Scott. (Attachments: # (1) Exhibit A # (2) Proposed Form of Order # (3) Notice of Hearing # (4) Certificate of Service) (Francella, Thomas)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**FCC - Motion.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-0
] [03f86abd92ee4f938139d4771d5384930596b468c2696657ac0545fcd4c39b5d64a
28d20b191369 1e42cde89dd822e3e80b3ea1226efd829227a45c97cd454a3]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\FCC - Ex A.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-1
] [12d37b9e30c4c5f507abfe3b13259f06504f15af975b042177d9647cab51f373395
c10e22a30269ac95f7579c5cbc2fea60b96c9d5d30ffa4ef2d0e7db23326ea]]
**Document description:**Proposed Form of Order
**Original filename:**C:\fakepath\FCC - Order.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-2
] [0f1adfc2ea237359eece2299346d1197a88c61619fbe9f8503a9b27fa720ad31410
eecb6aa29c17f5bd8d1776f995bc92ae9f6ae8595a53a021977b1650612b5]]
**Document description:**Notice of Hearing
**Original filename:**C:\fakepath\FCC - Notice of Hearing.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-3
] [075a5271988db89ac9f30252789a7cbab1 1d3553325811c8d9343b9a253552bbaa4
7803f93e18421d1b0843ee2f363af49399bcbd01ff5bfc69875e8d75de10e]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\FCC - COS.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-4
] [04c33963ab0a2122dd8200d158b817b217ae68304568ac3ef9d7ad51e1cabdab914
c8ff98d69f52404aeee6395a3766ff490248b1249c4c80b496dad846afda0]]

**14-11987-CSS Notice will be electronically mailed to:**

Justin R. Alberto on behalf of Creditor United HealthCare Services, Inc.
jalberto@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Elihu Ezekiel Allinson, III on behalf of Creditor Crescent Watson Holdings, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

David B. Anthony on behalf of Creditor Riverport LP
danthony@bergerharris.com

Aaron S. Applebaum on behalf of Creditor Public Storage
Aapplebaum@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com

Christopher R. Belmonte on behalf of Interested Party Cengage Learning, Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com;asnow@ssbb.com

Nicholas J. Brannick on behalf of Creditor Sahara Rancho Office Center, LLC
nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

F Mark Bromley on behalf of Interested Party State of Wisconsin-Educational Approval Board
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

David W. Carickhoff on behalf of Creditor Tuition Options, LLC
dcarickhoff@archerlaw.com, mfriedman@archerlaw.com

Marc Stephen Casarino on behalf of Interested Party Google, Inc.
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Janet L Chubb on behalf of Creditor Rick Lafranchi
cbyrne@kcnvlaw.com, lbubala@kcnvlaw.com;mmarsh@kcnvlaw.com

Kevin G. Collins on behalf of Creditor Herff Jones, Inc.
kevin.collins@btlaw.com, pgroff@btlaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Andrew S. Conway on behalf of Creditor The Taubman Company LLC
Aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Scott D. Cousins on behalf of Interested Party IEC Corporation
scousins@bayardlaw.com, lmorton@bayardlaw.com

David N Crapo on behalf of Creditor McGraw-Hill Education
dcrapo@gibbonslaw.com

John D. Demmy, Esq on behalf of Creditor Arizona Public Service Company and Orlando Utilities Commission
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Florida Computer Partners, LP
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Weingarten Realty Investors
jdd@stevenslee.com

Maria Jennifer DiConza on behalf of Debtor FCC Holdings, Inc.
diconzam@gtlaw.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

Justin Cory Falgowski on behalf of Creditor Berkley Surety Group LLC
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett D. Fallon on behalf of Creditor Elsevier Inc.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Thomas Joseph Francella, Jr. on behalf of Creditor Artisha Janay Clark
tfrancella@wtplaw.com

Thomas Joseph Francella, Jr. on behalf of Creditor August Moses
tfrancella@wtplaw.com

Thomas Joseph Francella, Jr. on behalf of Creditor Christopher Scott
tfrancella@wtplaw.com

Ronald S. Gellert on behalf of Creditor Iron Mountain Information Management, LLC
rgellert@gsbblaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Benjamin A. Hackman on behalf of U.S. Trustee United States Trustee
benjamin.a.hackman@usdoj.gov

Kara Hammond Coyle on behalf of Creditor Term B Defendants
bankfilings@ycst.com

Alycia K Hansen on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation
ahansen@ag.nv.gov, dwright2@ag.nv.gov

John E. Hilton on behalf of Creditor Gravois Bluffs East 8-A, L.L.C.
jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

Jay Walton Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Ericka Fredricks Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors
erjohnson@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Ericka Fredricks Johnson on behalf of Liquidating Trustee Liquidating Trustee
erjohnson@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Geoffrey S. Kercsmar on behalf of Creditor HTI Building LLC
gsk@kflawaz.com, kld@kflawaz.com;bjb@kflawaz.com

John C. Kilgannon on behalf of Creditor Florida Computer Partners, LP
jck@stevenslee.com, jck@stevenslee.com

Julia Bettina Klein on behalf of Creditor Edufficient
klein@teamrosner.com

Julia Bettina Klein on behalf of Creditor TCPC Associates, LLC
klein@teamrosner.com

Kurtzman Carson Consultants LLC
akass@kccllc.com

John Michael LaRosa on behalf of Creditor WARN Act Class Employees
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Barbara Fleming
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Lorraine Weaver
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Meredith Potter
jlr@larosalaw.com

Scott J. Leonhardt on behalf of Creditor 40 Journal Square LLC
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Creditor TCPC Associates, LLC
leonhardt@teamrosner.com

Lori A. Lewis on behalf of Creditor Maricopa County Treasurer
LewisL01@mcao.maricopa.gov, geiserr@mcao.maricopa.gov

Thomas G. Macauley on behalf of Creditor Former Employees of Education Training Corporation
bk@macdelaw.com

Thomas G. Macauley on behalf of Interested Party Aaron Anderson, Erik Brodie, Deborah Calamaro, David Knobel, Michael Knowles, Martin Najarro, Sandra May, Jeffrey Pierne, Joseph Sous and Michael Schwam
bk@macdelaw.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Dennis A. Meloro on behalf of Debtor EduTech Acquisition Corporation
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor Education Training Corporation
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor FCC Holdings, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor Florida Career College, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor High-Tech Institute Holdings, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor High-Tech Institute, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Rachel B. Mersky on behalf of Creditor Kimco Realty Corporation
rmersky@monlaw.com

Evan T. Miller on behalf of Creditor United HealthCare Services, Inc.
emiller@bayardlaw.com, lmorton@bayardlaw.com

Evan T. Miller on behalf of Interested Party IEC Corporation
emiller@bayardlaw.com, lmorton@bayardlaw.com

Albert F. Nasuti on behalf of Creditor Community & Southern Bank
ifisher@tokn.com

Michael R. Nestor on behalf of Interested Party Bank of Montreal
bankfilings@ycst.com

Michelle G. Novick on behalf of Creditor Crescent Watson Holdings, LLC
mgnovick@arnstein.com

Brittany S Ogden on behalf of Creditor Decade Executive Office Buildings, LLC
brittany.ogden@quarles.com, tracy.christianson@quarles.com

Noah Ornstein on behalf of Interested Party Great Hill Partners
noah.ornstein@kirkland.com,
david.eaton@kirkland.com;tana.ryan@kirkland.com;ross.kwasteniet@kirkland.com;maureen.mccarthy@kirkland.com;travis.bayer@kirkland.com;darryn.beckstrom@kirkland

Mark R. Owens on behalf of Creditor Herff Jones, Inc.
mowens@btlaw.com

Domenic E. Pacitti on behalf of Interested Party Marple XYZ, Associates, L.P.
dpacitti@klehr.com

Richard G. Placey on behalf of Creditor Decade Executive Office Buildings, LLC
rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com

David M. Powlen on behalf of Creditor Herff Jones, Inc.
dpowlen@btlaw.com, pgroff@btlaw.com

Russell W. Savory on behalf of Creditor BICO Associates, GP
russell.savory@gwsblaw.com

Sundeep S. Sidhu on behalf of Creditor FLA Owner LLC
sunny.sidhu@akerman.com, cindy.miller@akerman.com

Ellen W. Slights on behalf of Creditor United States/USAO
usade.ecfbankruptcy@usdoj.gov

Kevin D. Smith on behalf of Plaintiff Barbara Fleming
kevin@kdsmithlaw.com

Kevin D. Smith on behalf of Plaintiff Lorraine Weaver
kevin@kdsmithlaw.com

Kevin D. Smith on behalf of Plaintiff Meredith Potter
kevin@kdsmithlaw.com

Natasha M. Songonuga on behalf of Creditor McGraw-Hill Education
nsongonuga@gibbonslaw.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Matthew P. Ward on behalf of Creditor Committee Official Committee of Unsecured Creditors
maward@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

John R. Weaver, Jr. on behalf of Creditor Banc of America Leasing & Capital LLC
jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Irving ISD
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

William G. Wright on behalf of Creditor Banc of America Leasing & Capital LLC
wwright@capehart.com, jlafferty@capehart.com

**14-11987-CSS Notice will not be electronically mailed to:**

Arizona Public Service Co.
P.O. Box 53933
Mail Station 3209
Phoenix, AZ 85072-3933

Colliers International Minneapolis-St. Paul
,

William Patrick Courtney on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.

Austin, TX 78701-4255

Scott D. Cousins on behalf of Interested Party IEC Corporation
Cousins Chipman & Brown, LLP
1007 North Orange Street
Suite 1110
Wilmington, DE 19801

John M Craig on behalf of Creditor Arizona Public Service Company and Orlando Utilities Commission
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

Darosy Inc

Steve M. Dollar on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Gianfranco Finizio on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

Edward M. Fitzgerald on behalf of Interested Party Higher Ed Growth, LLC
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Leonard P. Goldberger on behalf of Creditor Florida Computer Partners, LP
Stevens & Lee, P.C.
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406

Scott L. Hazan on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

IBM Corporation
275 Viger East, Suite 400
QC H2X 3R7
Montreal,

Ericka F. Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Edward J. Kelleher on behalf of Creditor Tuition Options, LLC
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

Kim Esquerre and U.S. Colleges, LLC

Jeffrey Kurtzman on behalf of Interested Party Marple XYZ, Associates, L.P.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nancy A. Mitchell on behalf of Debtor FCC Holdings, Inc.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Mark Oakes on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

David M. Posner on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Ave
New York, NY 10169
dposner@otterbourg.com, awilliams@oshr.com;shazan@oshr.com;jbarrow@oshr.com;jward@oshr.com;sbogucki@oshr.com;gfinizio@oshr.com;eallen@oshr.com

Ralph Preite on behalf of Creditor Edufficient
Sichenzia Ross Friedman Ference LLP
61 Broadway
32nd Floor
New York, NY 10006

Ricoh USA
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA 31210

Bill Schuette on behalf of Creditor State of Michigan, Department of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

David R. Seligman on behalf of Interested Party Great Hill Partners
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654

Abigail Snow, Esq. on behalf of Interested Party Cengage Learning, Inc.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Tennessee Treasury Department
c/o Tn Attny Gen
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Stephen R. Tetro, II on behalf of Interested Party Bank of Montreal
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

The National Union Fire Insurance Company of Pittsburgh, PA
SilvermanAcampora LLP
c/o Adam L. Rosen
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Bret T. Thrasher on behalf of Creditor Community & Southern Bank
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Tw telecom inc.
Attn: Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

J.B. Van Hollen on behalf of Interested Party State of Wisconsin-Educational Approval Board
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707

WELLS FARGO EQUIPMENT FINANCE, INC.
,

Wells Fargo Financial Leasing, Inc.
,

**File a Motion:**

14-11987-CSS FCC Holdings, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Assets: y | Judge: CSS | Case Flag: MEGA, CLMSAGNT, CONFIRMED, LEAD |

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Thomas Joseph Francella entered on 8/11/2015 at 4:57 PM EDT and filed on 8/11/2015

| | |
|---|---|
| **Case Name:** | FCC Holdings, Inc. |
| **Case Number:** | 14-11987-CSS |
| **Document Number:** | 585 |

**Docket Text:**
Motion to Approve Stipulation *Between Christopher Scott and August Moses and the Liquidating Trustee Granting Relief from Automatic Stay and Plan Injunction* Filed by August Moses, Christopher Scott. (Attachments: # (1) Exhibit A # (2) Proposed Form of Order # (3) Notice of Hearing # (4) Certificate of Service) (Francella, Thomas)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**FCC - Motion.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-0
] [03f86abd92ee4f938139d4771d5384930596b468c2696657ac0545fcd4c39b5d64a
28d20b1913691e42cde89dd822e3e80b3ea1226cfd829227a45c97cd454a3]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\FCC - Ex A.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-1
] [12d37b9e30c4c5f507abfe3b13259f06504f15af975b042177d9647cab51f373395
c10e22a30269ac957579c5cbc2fca60b96c9d5d30ffa4ef2d0c7db23326ca]]
**Document description:**Proposed Form of Order
**Original filename:**C:\fakepath\FCC - Order.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-2
] [0f1adfc2ea237359eece2299346d1197a88c61619fbe9f8503a9b27fa720ad31410
eecb6aa29c17f5bd8d1776f995bc92ae9f6ae8595a53a021977b1650612b5]]
**Document description:**Notice of Hearing
**Original filename:**C:\fakepath\FCC - Notice of Hearing.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-3
] [075a5271988db89ac9f30252789a7cbab11d355332581c8d9343b9a253552bbaa4
7803f93e18421d1b0843ee2f363af49399bcbd01ff5bfc69875e8d75de10e]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\FCC - COS.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/11/2015] [FileNumber=13297362-4
] [04c33963ab0a2122dd8200d158b817b217ae68304568ac3ef9d7ad51e1cabdab914
c8ff98d69f52404aeee6395a3766ff490248b1249c4e80b496dad846afda0]]

**14-11987-CSS Notice will be electronically mailed to:**

Justin R. Alberto on behalf of Creditor United HealthCare Services, Inc.
jalberto@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Elihu Ezekiel Allinson, III on behalf of Creditor Crescent Watson Holdings, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

David B. Anthony on behalf of Creditor Riverport LP
danthony@bergerharris.com

Aaron S. Applebaum on behalf of Creditor Public Storage
Aapplebaum@mdmc-law.com, smullen@mdmc-law.com;sshidner@mdmc-law.com

Christopher R. Belmonte on behalf of Interested Party Cengage Learning, Inc.
cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com;asnow@ssbb.com

Nicholas J. Brannick on behalf of Creditor Sahara Rancho Office Center, LLC
nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

F Mark Bromley on behalf of Interested Party State of Wisconsin-Educational Approval Board
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

David W. Carickhoff on behalf of Creditor Tuition Options, LLC
dcarickhoff@archerlaw.com, mfriedman@archerlaw.com

Marc Stephen Casarino on behalf of Interested Party Google, Inc.
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Janet L Chubb on behalf of Creditor Rick Lafranchi
cbyrne@kcnvlaw.com, lbubala@kcnvlaw.com;mmarsh@kcnvlaw.com

Kevin G. Collins on behalf of Creditor Herff Jones, Inc.
kevin.collins@btlaw.com, pgroff@btlaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Andrew S. Conway on behalf of Creditor The Taubman Company LLC
Aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Scott D. Cousins on behalf of Interested Party IEC Corporation
scousins@bayardlaw.com, lmorton@bayardlaw.com

David N Crapo on behalf of Creditor McGraw-Hill Education
dcrapo@gibbonslaw.com

John D. Demmy, Esq on behalf of Creditor Arizona Public Service Company and Orlando Utilities Commission
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Florida Computer Partners, LP
jdd@stevenslee.com

John D. Demmy, Esq on behalf of Creditor Weingarten Realty Investors
jdd@stevenslee.com

Maria Jennifer DiConza on behalf of Debtor FCC Holdings, Inc.
diconzam@gtlaw.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

Justin Cory Falgowski on behalf of Creditor Berkley Surety Group LLC
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett D. Fallon on behalf of Creditor Elsevier Inc.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Thomas Joseph Francella, Jr. on behalf of Creditor Artisha Janay Clark
tfrancella@wtplaw.com

Thomas Joseph Francella, Jr. on behalf of Creditor August Moses
tfrancella@wtplaw.com

Thomas Joseph Francella, Jr. on behalf of Creditor Christopher Scott
tfrancella@wtplaw.com

Ronald S. Gellert on behalf of Creditor Iron Mountain Information Management, LLC
rgellert@gsbblaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Benjamin A. Hackman on behalf of U.S. Trustee United States Trustee
benjamin.a.hackman@usdoj.gov

Kara Hammond Coyle on behalf of Creditor Term B Defendants
bankfilings@ycst.com

Alycia K Hansen on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation
ahansen@ag.nv.gov, dwright2@ag.nv.gov

John E. Hilton on behalf of Creditor Gravois Bluffs East 8-A, L.L.C.
jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

Jay Walton Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Ericka Fredricks Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors
erjohnson@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Ericka Fredricks Johnson on behalf of Liquidating Trustee Liquidating Trustee
erjohnson@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

Albert Kass on behalf of Claims Agent Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Geoffrey S. Kercsmar on behalf of Creditor HTI Building LLC
gsk@kflawaz.com, kld@kflawaz.com;bjb@kflawaz.com

John C. Kilgannon on behalf of Creditor Florida Computer Partners, LP
jck@stevenslee.com, jck@stevenslee.com

Julia Bettina Klein on behalf of Creditor Edufficient
klein@teamrosner.com

Julia Bettina Klein on behalf of Creditor TCPC Associates, LLC
klein@teamrosner.com

Kurtzman Carson Consultants LLC
akass@kccllc.com

John Michael LaRosa on behalf of Creditor WARN Act Class Employees
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Barbara Fleming
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Lorraine Weaver
jlr@larosalaw.com

John Michael LaRosa on behalf of Plaintiff Meredith Potter
jlr@larosalaw.com

Scott J. Leonhardt on behalf of Creditor 40 Journal Square LLC
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Creditor TCPC Associates, LLC
leonhardt@teamrosner.com

Lori A. Lewis on behalf of Creditor Maricopa County Treasurer
LewisL01@mcao.maricopa.gov, geiserr@mcao.maricopa.gov

Thomas G. Macauley on behalf of Creditor Former Employees of Education Training Corporation
bk@macdelaw.com

Thomas G. Macauley on behalf of Interested Party Aaron Anderson, Erik Brodie, Deborah Calamaro, David Knobel, Michael Knowles, Martin Najarro, Sandra May, Jeffrey Pierne, Joseph Sous and Michael Schwam
bk@macdelaw.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Dennis A. Meloro on behalf of Debtor EduTech Acquisition Corporation
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor Education Training Corporation
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor FCC Holdings, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor Florida Career College, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor High-Tech Institute Holdings, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro on behalf of Debtor High-Tech Institute, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Rachel B. Mersky on behalf of Creditor Kimco Realty Corporation
rmersky@monlaw.com

Evan T. Miller on behalf of Creditor United HealthCare Services, Inc.
emiller@bayardlaw.com, lmorton@bayardlaw.com

Evan T. Miller on behalf of Interested Party IEC Corporation
emiller@bayardlaw.com, lmorton@bayardlaw.com

Albert F. Nasuti on behalf of Creditor Community & Southern Bank
ifisher@tokn.com

Michael R. Nestor on behalf of Interested Party Bank of Montreal
bankfilings@ycst.com

Michelle G. Novick on behalf of Creditor Crescent Watson Holdings, LLC
mgnovick@arnstein.com

Brittany S Ogden on behalf of Creditor Decade Executive Office Buildings, LLC
brittany.ogden@quarles.com, tracy.christianson@quarles.com

Noah Ornstein on behalf of Interested Party Great Hill Partners
noah.ornstein@kirkland.com,
david.eaton@kirkland.com;tana.ryan@kirkland.com;ross.kwasteniet@kirkland.com;maureen.mccarthy@kirkland.com;travis.bayer@kirkland.com;darryn.beckstrom@kirkland

Mark R. Owens on behalf of Creditor Herff Jones, Inc.
mowens@btlaw.com

Domenic E. Pacitti on behalf of Interested Party Marple XYZ, Associates, L.P.
dpacitti@klehr.com

Richard G. Placey on behalf of Creditor Decade Executive Office Buildings, LLC
rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com

David M. Powlen on behalf of Creditor Herff Jones, Inc.
dpowlen@btlaw.com, pgroff@btlaw.com

Russell W. Savory on behalf of Creditor BICO Associates, GP
russell.savory@gwsblaw.com

Sundeep S. Sidhu on behalf of Creditor FLA Owner LLC
sunny.sidhu@akerman.com, cindy.miller@akerman.com

Ellen W. Slights on behalf of Creditor United States/USAO
usade.ecfbankruptcy@usdoj.gov

Kevin D. Smith on behalf of Plaintiff Barbara Fleming
kevin@kdsmithlaw.com

Kevin D. Smith on behalf of Plaintiff Lorraine Weaver
kevin@kdsmithlaw.com

Kevin D. Smith on behalf of Plaintiff Meredith Potter
kevin@kdsmithlaw.com

Natasha M. Songonuga on behalf of Creditor McGraw-Hill Education
nsongonuga@gibbonslaw.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Matthew P. Ward on behalf of Creditor Committee Official Committee of Unsecured Creditors
maward@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;kjwray@wcsr.com

John R. Weaver, Jr. on behalf of Creditor Banc of America Leasing & Capital LLC
jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;JHanley@stark-stark.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Irving ISD
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

William G. Wright on behalf of Creditor Banc of America Leasing & Capital LLC
wwright@capehart.com, jlafferty@capehart.com

**14-11987-CSS Notice will not be electronically mailed to:**

Arizona Public Service Co.
P.O. Box 53933
Mail Station 3209
Phoenix, AZ 85072-3933

Colliers International Minneapolis-St. Paul
,

William Patrick Courtney on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Austin, TX 78701-4255

William Patrick Courtney on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.

Austin, TX 78701-4255

Scott D. Cousins on behalf of Interested Party IEC Corporation
Cousins Chipman & Brown, LLP
1007 North Orange Street
Suite 1110
Wilmington, DE 19801

John M Craig on behalf of Creditor Arizona Public Service Company and Orlando Utilities Commission
Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103

Darosy Inc

Steve M. Dollar on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Steve M. Dollar on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
666 Fifth Avenue
31st Floor
New York, NY 10103-3198

Gianfranco Finizio on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

Edward M. Fitzgerald on behalf of Interested Party Higher Ed Growth, LLC
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

Leonard P. Goldberger on behalf of Creditor Florida Computer Partners, LP
Stevens & Lee, P.C.
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406

Scott L. Hazan on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

IBM Corporation
275 Viger East, Suite 400
QC H2X 3R7
Montreal,

Ericka F. Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors
Womble Carlyle Sandridge & Rice LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Edward J. Kelleher on behalf of Creditor Tuition Options, LLC
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

Kim Esquerre and U.S. Colleges, LLC

Jeffrey Kurtzman on behalf of Interested Party Marple XYZ, Associates, L.P.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Nancy A. Mitchell on behalf of Debtor FCC Holdings, Inc.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Mark Oakes on behalf of Creditor Community & Southern Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party BancAlliance, Inc.
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party Bank of Montreal
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party C1 Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

Mark Oakes on behalf of Interested Party Congressional Bank
Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701-4255

David M. Posner on behalf of Creditor Committee Official Committee of Unsecured Creditors
Otterbourg P.C.
230 Park Ave
New York, NY 10169
dposner@otterbourg.com, awilliams@oshr.com;shazan@oshr.com;jbarrow@oshr.com;jward@oshr.com;sbogucki@oshr.com;gfinizio@oshr.com;eallen@oshr.com

Ralph Preite on behalf of Creditor Edufficient
Sichenzia Ross Friedman Ference LLP
61 Broadway
32nd Floor
New York, NY 10006

Ricoh USA
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA 31210

Bill Schuette on behalf of Creditor State of Michigan, Department of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

David R. Seligman on behalf of Interested Party Great Hill Partners
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654

Abigail Snow, Esq. on behalf of Interested Party Cengage Learning, Inc.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Tennessee Treasury Department
c/o Tn Attny Gen
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Stephen R. Tetro, II on behalf of Interested Party Bank of Montreal
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

The National Union Fire Insurance Company of Pittsburgh, PA
SilvermanAcampora LLP
c/o Adam L. Rosen
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Bret T. Thrasher on behalf of Creditor Community & Southern Bank
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Tw telecom inc.
Attn: Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

J.B. Van Hollen on behalf of Interested Party State of Wisconsin-Educational Approval Board
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707

WELLS FARGO EQUIPMENT FINANCE, INC.

,

Wells Fargo Financial Leasing, Inc.

,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-11987 (CSS) |
| FCC HOLDINGS, INC., et al. | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: August 25, 2015 at 4:00 p.m. (EST) |
| | ) Hearing Date: TBD |

## MOTION TO APPROVE STIPULATION BETWEEN
## CHRISTOPHER SCOTT AND AUGUST MOSES AND
## THE LIQUIDATING TRUSTEE GRANTING RELIEF FROM
## AUTOMATIC STAY AND PLAN INJUNCTION

Christopher Scott and August Moses ("**Scott and Moses**") hereby request the entry of an

Order, pursuant to 11 U.S.C. §§105(a) and 362(d), and Fed.R.Bankr.P. 9019(a), approving that

certain Stipulation Granting Relief from the Automatic Stay and Plan Injunction[1] (the

"**Stipulation**") and in support thereof, respectfully state as follows:

### Background

1.      On August 25, 2014 (the "**Petition Date**"), each of the above-captioned debtors

(the "**Debtors**") filed a voluntary petition for relief with the United States Bankruptcy Court for

the District of Delaware (the "Court") under chapter 11 of Title 11 of the United States Code

(the "**Bankruptcy Code**").

2.      The Official Committee of Unsecured Creditors was appointed in these cases on

September 5, 2014.

---

[1] Christopher Scott and August Moses are creditors of Debtors High-Tech Institute, Inc., Education Training
Corporation, and/or FCC Holdings, Inc., d/b/a Anthem Education and Anthem Career College.

3. On March 18, 2015, the Court entered its Order Confirming First Amended Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors (the "**Plan**") under Chapter 11 of the Bankruptcy Code [D.I. 464].

4. Under the terms of the Plan a liquidating trust was established (the "**Trust**"). The liquidating trustee for the Trust is Clingman & Hanger Mgmt Assoc, LLC (the "**Trustee**").

5. The effective date of the Plan was May 6, 2015 (the "**Effective Date**").

6. Prior to the Petition Date, Scott and Moses initiated administrative proceedings before and filed Charges of Discrimination against their former employer, Anthem Career College, with the United States Equal Employment Opportunity Commission, Nashville, Tennessee, Area Office (EEOC), Charge Nos. 494-2014-01259 (Scott) and 494-2014-01314 (Moses). Scott and Moses filed Proof of Claim forms in this action on March 30, 2015. The EEOC issued Scott and Moses Notices of Suit Rights on April 14, 2015. Accordingly, Scott and Moses seek to pursue their claims against Anthem Career College in the United States District Court for the Middle District of Tennessee (the "**Tennessee Action**"), which action is subject to the automatic stay by operation of section 362 of the Bankruptcy Code and the injunction provided for in Section 11.05 of the Plan (the "**Injunction**").

7. After the Effective Date, counsel for Scott and Moses contacted counsel for the Trustee regarding obtaining relief from the automatic stay and the Injunction to permit Scott and Moses to liquidate their claims in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist. Scott and Moses and the Trustee subsequently entered into the Stipulation, a true and correct copy of which is attached hereto as **Exhibit A**.

## The Scott and Moses Stipulation

8.     Pursuant to the Stipulation, the Trustee consents on a limited basis to relief from the automatic stay pursuant to 11 U.S.C § 362 and the Injunction to permit Scott and Moses to seek to liquidate their claims in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist.   If Scott and Moses obtain a recovery or judgment against the Debtors in the Tennessee Action, Scott and Moses will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Debtors, the Debtors' estates, or property of the Debtors.

9.     All parties to the Stipulation reserve all rights, including the Trustee's rights to object to any proof of claim filed by Scott and Moses on any grounds, besides those claims to recover from any applicable insurance proceeds.

## Relief Requested and Basis for Relief Requested

10.     The standard for approving a settlement or compromise is well established.  The Court must consider all of the relevant facts and evaluate whether the proposed compromise falls below the "lowest point in the range of reasonableness." See In re Jackson Brewing Co., 624 F.2d 599, 602-03 (5th Cir. 1980); In re Teltronics Services, Inc., 762 F.2d 185, 189 (2d Cir. 1985).  In that regard, the bankruptcy judge is required to assess and balance the value of the claims being compromised against the value to the estate of the acceptance of the compromise proposal.  See Myers v. Martin (In re Martin), 91 F.3d 389, 393 (3d Cir. 1996).

11.     In this case, Scott and Moses believe that the Stipulation is fair, equitable and above the lowest point in the range of reasonableness.  By the Stipulation, the Trustee has consented on a limited basis to relief from the automatic stay pursuant to 11 U.S.C § 362

provisions and the Injunction to permit Scott and Moses to seek to liquidate the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist.

12.     Scott and Moses believe they are entitled to relief from the automatic stay and that the foregoing constitutes "cause" within the meaning of Section 362(d)(1) of the Bankruptcy Code to modify the automatic stay to permit the Movant to takes those steps described in the preceding paragraphs and herein.

14.     Scott and Moses therefore submit that the Stipulation should be approved.

### Notice

15.     Notice of this Motion has been or will be served upon: (i) the Office of the United States Trustee; (ii) counsel for the Debtors; (iii) counsel for the Trustee (iv) counsel for the Committee; and (v) all parties that have requested notice and service of pleadings in these cases pursuant to Fed. R. Bankr. P. 2002.  In light of the nature of the relief requested herein, Scott and Moses submit that no other or further notice is required.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## Conclusion

WHEREFORE, Christopher Scott and August Moses respectfully request the entry of an Order: (i) granting this Motion; (ii) approving the Stipulation; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: August 11, 2015
Wilmington, DE

**WHITEFORD TAYLOR & PRESTON LLC**

By: /s/ *Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq. (DE 3835)
Renaissance Centre
405 King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3252
Facsimile: (302) 357-3272
Email: tfrancella@wtplaw.com

-and-

Douglas B. Janney III, Esquire (TN 019112)
Law Office of Douglas B. Janney III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 742-5900
Facsimile: (615) 742-5958
Email: doug@janneylaw.com

*Counsel for Christopher Scott and August Moses*

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-11987 (CSS) |
| FCC HOLDINGS, INC., et al. | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## STIPULATION BETWEEN THE LIQUIDATING TRUSTEE
## AND CHRISTOPHER SCOTT AND AUGUST MOSES TO LIFT
## THE AUTOMATIC STAY AND PLAN INJUNCTION

CLINGMAN & HANGER MGMT ASSOC, LLC, the liquidating trustee of the above captioned debtors (the "**Trustee**") and CHRISTOPHER SCOTT AND AUGUST MOSES (hereinafter "**Scott and Moses**"), by and through their respective authorized representatives, do hereby stipulate and agree as follows:

### RECITALS

1.      On August 25, 2014 (the "**Petition Date**"), each of the above-captioned debtors (the "**Debtors**") filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code.

2.      The Official Committee of Unsecured Creditors was appointed in these cases on September 5, 2014.

3.      On March 18, 2015, the Court entered its Order Confirming First Amended Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors (the "**Plan**") under Chapter 11 of the Bankruptcy Code [D.I. 464].

4.      Under the terms of the Plan a liquidating trust was established (the "**Trust**"). The liquidating trustee for the Trust is Clingman & Hanger Mgmt Assoc, LLC (the "**Trustee**").

5.      The effective date of the Plan was May 6, 2015 (the "**Effective Date**").

6.      Prior to the Petition Date, Scott and Moses initiated administrative proceedings before and filed Charges of Discrimination against their former employer, Anthem Career College, with the United States Equal Employment Opportunity Commission, Nashville, Tennessee, Area Office (EEOC), Charge Nos. 494-2014-01259 (Scott) and 494-2014-01314 (Moses). Scott and Moses filed Proof of Claim forms in this action on March 30, 2015. The EEOC issued Scott and Moses Notices of Suit Rights on April 14, 2015. Accordingly, Scott and Moses seek to pursue their claims against Anthem Career College in the United States District Court for the Middle District of Tennessee (the "**Tennessee Action**"), which action is subject to stay by operation of section 362 of the Bankruptcy Code and the injunction provided for in Section 11.05 of the Plan (the "**Injunction**").

7.      The Trustee consents on a limited basis to relief from the automatic stay pursuant to 11 U.S.C § 362 and the Injunction to permit Scott and Moses to seek to liquidate their claims in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist. If Scott and Moses obtain a recovery or judgment against the Debtors in the Tennessee Action, Scott and Moses will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Debtors, the Debtors' estate, or property of the Debtors.

8.      All parties to the Stipulation reserve all rights, including the Trustee's right to object to any proof of claim filed by Scott and Moses on any grounds, besides those claims to recover from any applicable insurance proceeds.

9.      This Stipulation is subject to approval from the Honorable Christopher S. Sonchi, of the United States Bankruptcy Court for the District of Delaware.

## AGREEMENT

NOW, THEREFORE, Scott and Moses and the Trustee hereby stipulate by and between themselves, and request that this Court enter an order approving the following:

(i)      To the extent applicable and subject to the reservations set forth in this Stipulation, the parties hereto agree that the automatic stay under section 362 of the Bankruptcy Code and the injunction provided for in Section 11.05 of the Plan with respect to Debtors and in connection with Scott's and Moses's employment discrimination case is hereby vacated to the extent allowing Scott and Moses to proceed against Debtors' in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist..

(ii)      This Stipulation constitutes the entire agreement between the parties with respect to the matters addressed herein, shall supersede all prior agreements and understandings, both written and oral, between the parties with respect to the subject matter hereof, and except as provided herein, is not intended to confer upon any other person any rights or remedies hereunder.

(iii)      This Stipulation may not be modified except in a writing signed by the parties or by further order of the Bankruptcy Court.

(iv)      This Stipulation shall become effective only when the fully executed Stipulation has been exchanged between the parties and the Bankruptcy Court has entered a final, non-appealable order approving the Stipulation.

(v)      The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

WHEREFORE, the undersigned have executed the Stipulation on behalf of the parties hereto.

/s/ Douglas B. Janney, III
DOUGLAS B. JANNEY III, ESQ.
LAW OFFICE OF DOUGLAS B.
JANNEY III

*Attorneys for Christopher Scott and
August Moses*

/s/ Ericka F. Johnson
ERICKA F. JOHNSON, ESQ.
WOMBLE CARLYSLE SANDRIDGE
& RICE LLP

*Attorneys for the Liquidating Trustee*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 14-11987 |
| FCC HOLDINGS, INC., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Docket No. ____** |

## ORDER GRANTING MOTION TO APPROVE STIPULATION BETWEEN CHRISTOPHER SCOTT AND AUGUST MOSES AND THE TRUSTEE GRANTING RELIEF FROM AUTOMATIC STAY AND PLAN INJUNCTION

Upon consideration of the Motion to Approve Stipulation Between Christopher Scott and August Moses and the Trustee Granting Relief from the Automatic Stay (the **"Motion"**); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the Motion; it is hereby:

ORDERED that the Stipulation (a copy of which is attached hereto as Exhibit 1) is approved; and it is further

ORDERED that Scott and Moses[2] are granted relief from the automatic stay pursuant to 11 U.S.C § 362 and the injunction provided for in Section 11.05 of the Plan to seek to liquidate their claims for recovery solely against any applicable insurance policy of the Debtors; and it is further

ORDERED that if Scott and Moses obtain a recovery or judgment against the Debtors in the Tennessee Action, Scott and Moses will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Debtors, the Debtors' estates, or property of the Debtors; and it is further

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation and this Order.

Dated: Wilmington, Delaware
        _____ \_\_\_, 2015

                                        _____
                                        Honorable Christopher S. Sontchi
                                        United States Bankruptcy Judge

# EXHIBIT 1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FCC HOLDINGS, INC., et al. | ) Case No. 14-11987 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## STIPULATION BETWEEN THE LIQUIDATING TRUSTEE
## AND CHRISTOPHER SCOTT AND AUGUST MOSES TO LIFT
## THE AUTOMATIC STAY AND PLAN INJUNCTION

CLINGMAN & HANGER MGMT ASSOC, LLC, the liquidating trustee of the above captioned debtors (the "**Trustee**") and CHRISTOPHER SCOTT AND AUGUST MOSES (hereinafter "**Scott and Moses**"), by and through their respective authorized representatives, do hereby stipulate and agree as follows:

### RECITALS

1.     On August 25, 2014 (the "**Petition Date**"), each of the above-captioned debtors (the "**Debtors**") filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code.

2.     The Official Committee of Unsecured Creditors was appointed in these cases on September 5, 2014.

3.     On March 18, 2015, the Court entered its Order Confirming First Amended Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors (the "**Plan**") under Chapter 11 of the Bankruptcy Code [D.I. 464].

4.     Under the terms of the Plan a liquidating trust was established (the "**Trust**"). The liquidating trustee for the Trust is Clingman & Hanger Mgmt Assoc, LLC (the "**Trustee**").

5.     The effective date of the Plan was May 6, 2015 (the "**Effective Date**").

6.     Prior to the Petition Date, Scott and Moses initiated administrative proceedings before and filed Charges of Discrimination against their former employer, Anthem Career College, with the United States Equal Employment Opportunity Commission, Nashville, Tennessee, Area Office (EEOC), Charge Nos. 494-2014-01259 (Scott) and 494-2014-01314 (Moses). Scott and Moses filed Proof of Claim forms in this action on March 30, 2015. The EEOC issued Scott and Moses Notices of Suit Rights on April 14, 2015. Accordingly, Scott and Moses seek to pursue their claims against Anthem Career College in the United States District Court for the Middle District of Tennessee (the "**Tennessee Action**"), which action is subject to stay by operation of section 362 of the Bankruptcy Code and the injunction provided for in Section 11.05 of the Plan (the "**Injunction**").

7.     The Trustee consents on a limited basis to relief from the automatic stay pursuant to 11 U.S.C § 362 and the Injunction to permit Scott and Moses to seek to liquidate their claims in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist. If Scott and Moses obtain a recovery or judgment against the Debtors in the Tennessee Action, Scott and Moses will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Debtors, the Debtors' estate, or property of the Debtors.

8.     All parties to the Stipulation reserve all rights, including the Trustee's right to object to any proof of claim filed by Scott and Moses on any grounds, besides those claims to recover from any applicable insurance proceeds.

9.     This Stipulation is subject to approval from the Honorable Christopher S. Sonchi, of the United States Bankruptcy Court for the District of Delaware.

## AGREEMENT

NOW, THEREFORE, Scott and Moses and the Trustee hereby stipulate by and between themselves, and request that this Court enter an order approving the following:

(vi)     To the extent applicable and subject to the reservations set forth in this Stipulation, the parties hereto agree that the automatic stay under section 362 of the Bankruptcy Code and the injunction provided for in Section 11.05 of the Plan with respect to Debtors and in connection with Scott's and Moses's employment discrimination case is hereby vacated to the extent allowing Scott and Moses to proceed against Debtors' in the Tennessee Action for recovery solely against any applicable insurance policies and/or coverage, if any exist..

(vii)    This Stipulation constitutes the entire agreement between the parties with respect to the matters addressed herein, shall supersede all prior agreements and understandings, both written and oral, between the parties with respect to the subject matter hereof, and except as provided herein, is not intended to confer upon any other person any rights or remedies hereunder.

(viii)   This Stipulation may not be modified except in a writing signed by the parties or by further order of the Bankruptcy Court.

(ix)     This Stipulation shall become effective only when the fully executed Stipulation has been exchanged between the parties and the Bankruptcy Court has entered a final, non-appealable order approving the Stipulation.

(x)      The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

WHEREFORE, the undersigned have executed the Stipulation on behalf of the parties hereto.

*/s/ Douglas B. Janney, III*
DOUGLAS B. JANNEY III, ESQ.
LAW OFFICE OF DOUGLAS B.
JANNEY III

*Attorneys for Christopher Scott and
August Moses*

*/s/ Ericka F. Johnson*
ERICKA F. JOHNSON, ESQ.
   WOMBLE CARLYSLE SANDRIDGE
& RICE LLP

*Attorneys for the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-11987 (CSS) |
| FCC HOLDINGS, INC., et al. | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: August 25, 2015 at 4:00 p.m. (EST) |
| | ) Hearing Date: TBD |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 11, 2015, Christopher Scott and August Moses ("**Scott and Moses**") filed a Motion to Approve Stipulation Between Christopher Scott and August Moses and the Debtors Granting Relief from Automatic Stay and the Plan Injunction (the "**Motion**"). A copy of the Motion is being served on you concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be scheduled before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware (the "**Court**"), 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 on a date to be determined (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion must be in writing and filed with the Court and served on counsel to Scott and Moses so to be actually received by them no later than **August 25, 2015 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if no replies are filed by the Objection Deadline, the Court may enter an order granting the relief requested in the Motion without further notice or a hearing.

Dated: August 11, 2015
Wilmington, DE

**WHITEFORD TAYLOR & PRESTON LLC**

/s/ Thomas J. Francella, Jr.
Thomas J. Francella, Jr. (DE #3835)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 357-3252
Facsimile: (302) 357-3272
Email: tfrancella@wtplaw.com

-and-

Douglas B. Janney III, Esquire (TN 019112)
Law Office of Douglas B. Janney III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 742-5900
Facsimile: (615) 742-5958
Email: doug@janneylaw.com

*Counsel for Christopher Scott and August Moses*

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-11987 (CSS) |
| FCC HOLDINGS, INC., et al. | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: August 25, 2015 at 4:00 p.m. (EST) |
| | ) Hearing Date: TBD |

## CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr., Esquire, do hereby certify that on this 2nd day of July 2015, I caused true and correct copy of the following Motion to Approve Stipulation between Artisha Janay Clark and the Liquidating Trustee Granting Relief from Automatic Stay and Plan Injunction to be served upon the following via First Class Mail.

Dated: August 11, 2015
      Wilmington, DE

WHITEFORD TAYLOR & PRESTON LLC

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq., #3835
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801-3700
Telephone: (302) 357-3252
Facsimile: (302) 357-3272
Email: tfrancella@wtplaw.com

Anthem Education
1000 Corporate Dr Ste 500
Ft. Lauderdale, FL 33334

Greenberg Traurig, LLP
Dennis A. Meloro
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Greenberg Traurig, LLP
Nancy A. Mitchell & Maria J. DiConza &
Zack Polidoro
200 Park Avenue
New York, NY 10166

Akerman LLP
Sundeep S. Sidhu Esq.
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Archer & Greiner, P.C.
David W. Carickhoff, Esq.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

Archer & Greiner, P.C.
Edward J. Kelleher, Esq.
One Centennial Square
Haddonfield, NJ 08033

Arnstein & Lehr LLP
Michelle G. Novick, Esq.
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Attorney General State of Michigan
Bill Schuette & Heather L. Donald
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Bank of Montreal
James Jerz
115 South LaSalle Street
Chicago, IL 60603

Barnes & Thornburg LLP
David M. Powlen, Esq.
Kevin G. Collins, Esq.
1000 N. West Street, Suite 1500
Wilmington, DE 19801

Barnes & Thornburg LLP
Mark R. Owens, Esq.
11 S. Meridian Street
Indianapolis, IN 46204

Bayard, P.A.
Scott D. Cousins Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Capehart & Scatchard, P.A.
A Professional Corporation
William G. Wright, Esquire
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

Carmody MacDonald P.C.
John E. Hilton
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

Chapman and Cutler LLP
Stephen R. Tetro II
111 West Monroe Street
Chicago, IL 60603-4080

Clingman & Hanger Management
Associates, LLC
Teresa S. Hanger - Principal
880 Technology Park Drive
Glen Allen, VA 23059

Darosy, Inc.
c/o Ricardo A. Reyes Esq.
Tobin & Reyes, PA
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, FL 33432

Delaware Dept. of Justice
Attn: Bankruptcy Dept .
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102-5310

Gibbons P.C.
Attn: Natasha M. Songonuga, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

Gotten, Wilson, Savory & Beard PLLC
Russell W. Savory
88 Union Avenue, 14th Floor
Memphis, TN 38103

Higher Ed Growth, LLC
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

IBM Corporation
Attn: Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, QC H2X 3R7 CANADA

IEC Corporation
Attention: Dr. Fardad Fateri
16485 Laguna Canyon Rd. Ste. 300
Irvine, CA 92618

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

Iron Mountain Information Management, LLC
Joseph Corrigan
Boston, MA 02110

Kercsmar & Feltus PLLC
Geoffrey S. Kercsmar
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251

Klehr Harrison Harvey Branzburg LLP
Jeffrey Kurtzman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Missouri Department of Revenue,
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

Office of the United States Trustee
Delaware
Benjamin Hackman
844 King St Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Quarles & Brady LLP
Brittany S. Ogden
33 E. Main Street, Suite 900
Madison, WI 53703

Satterlee Stephens Burke & Burke LLP
Christopher R. Belmonte, Esq.
Abigail Snow, Esq.
230 Park Avenue, Suite 1130
New York, NY 10169
Securities & Exchange Commission NY
Office
George S Canellos, Regional Director
3 World Financial Center Suite 400
New York, NY 10281-1022

Stevens & Lee, P.C.
Leonard P. Goldberger, Esquire
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
One Federal Street
Austin, TX 78711-2548

Kirkland & Ellis LLP
Noah J. Ornstein
300 North LaSalle
Chicago, IL 60654

Linebarger Goggan Blair & Sampson,
LLP
Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
Monzack Mersky McLaughlin and
Browder, P.A.
Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

Office of the US Attorney General
Joseph R. Biden III
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Ricoh USA Inc.
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Sichenzia Ross Friedman Ference
LLP
Ralph E. Preite, Esq.
61 Broadway, 32nd Floor
New York, NY 10006

Stevens & Lee, P.C.
John C. Kilgannon, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103

KCC
Leanne V. Rehder Scott
P.O. Box 12548
2335 Alaska Ave.
El Segundo, CA 90245

Klehr Harrison Harvey Branzburg LLP
Domenic Pacitti, Esquire
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Maricopa County Attorney's Office Civil
Service Division
Lori A. Lewis
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

Morris James LLP
Brett D. Fallon, Esq.
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Ritzert & Leyton, P.C.
Attention: Peter Leyton
11350 Random Hills Road, Suite 400
Fairfax, VA 22030

Securities & Exchange Commission
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

Stevens & Lee, P.C.
John D. Demmy, Esquire
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Sullivan Hazeltine Allinson LLC
Elihu E. Allinson III, Esq.
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Thompson, O'Brien, Kemp & Nasuti, P.C.
Bret T. Thrasher, Esq.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

The Lamm Group
Deirdre M. Richards, Esq.
1608 Walnut Street, Suite 703
Philadelphia, PA 19103

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801

Erika F. Johnson, Esquire
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Thompson, O'Brien, Kemp & Nasuti,
P.C.
Albert F. Nasuti, Esq.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St., Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046

Greenberg Traurig, LLP
Dennis A. Meloro
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

TW Telecom Inc.
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

Wisconsin Department of Justice
F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

Greenberg Traurig, LLP
Nancy A. Mitchell, Maria J. DiConza *and*
Zack Polidoro
200 Park Avenue
New York, NY 10166